BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROMERO-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-535 CRB (JCS) |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE DETENTION HEARING |
| v. | ) ) | |
| OSCAR ERNESTO ROMERO-ROMERO, JR., | ) ) ) | |
| Defendant. | ) ) | |

On May 22, 2009, defendant Oscar Ernesto Romero-Romero, Jr. appeared for his initial appearance in Magistrate Court on the above captioned indictment. Mr. Romero-Romero was arraigned on the indictment and entered a not guilty plea, and the matter was continued to June 2, 2009 for a detention hearing. Due to some confusion with where he was being held, Mr. Romero-Romero was not brought to Court for the detention hearing on June 2, 2009, so the detention hearing was continued to Friday, June 5, 2009 at 9:30 am. On June 2, 2009, government counsel provided defense counsel with an immigration detainer for Mr. Romero-Romero. On June 3, 2009, the parties appeared for their initial appearance before the Honorable Charles R. Breyer and set a briefing schedule on certain legal issues.

Given the immigration detained, Mr. Romero-Romero waives his right to seek his release and waives formal findings at this time. He reserves the right to seek his release should

*US v. Romero-Romero* CR 09-535 CRB (JCS);
STIP & [PROPOSED] ORDER       1

1  circumstances change.

2  Accordingly, the parties hereby stipulate that Mr. Romero-Romero be remanded to the
3  custody of the U.S. Marshal Service and that the hearing scheduled for Friday, June 5, 2009 be
4  vacated.

5  IT IS SO STIPULATED.

7  June 4, 2009                                              /s/
   DATED                                                    DARYL EREMIN
8                                                           Assistant United States Attorney

11 June 4, 2009                                             /s/
   DATED                                                    JODI LINKER
                                                            Assistant Federal Public Defender

13  IT IS SO ORDERED.

15  June 5, 2009
    DATED                                                   JOSEPH C. SPERO
16                                                          United States Magistrate Judge

*US v. Romero-Romero* CR 09-535 CRB (JCS);
STIP & [P~~ROPOSED~~] ORDER            2