**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**OSCAR ERNESTO ROMERO-ROMERO, JR.,**<br>**Defendant-Petitioner.** | ) | **CR-09-00535-CRB**<br><br>**ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL** |

The individual named above as defendant-petitioner, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of litigating his motion for a writ of error coram nobis.

Geoffrey Jones
773 Center Blvd., No. 69
Fairfax, CA 94930
(415)517-3569
gffjones@comcast.net

Appointing Judge: Hon. Judge Charles R. Breyer

October 20, 2026
Date of Order

October 14, 2026
Nunc Pro Tunc Date

United States District Court
Northern District of California